**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00435-CV**

_____

**$6,451.27 U.S. CURRENCY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 75th District Court**
**Liberty County, Texas**
**Trial Cause No. CV1205670**

**MEMORANDUM OPINION**

James Eric Loften filed a notice of appeal of an interlocutory order granting counsel's motion to withdraw. On October 9, 2014, we notified the parties that our jurisdiction was not apparent from the notice of appeal and that the appeal would be dismissed for want of jurisdiction unless we received a response showing grounds for continuing the appeal. Loften filed a response, but failed to establish this Court's jurisdiction.

Generally, an appeal may be taken only from a final judgment. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). We dismiss the appeal without reference to the merits. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on November 12, 2014
Opinion Delivered November 13, 2014

Before McKeithen, C.J., Horton and Johnson, JJ.